| | AUSA: Barrington Wilkins | Telephone: (313) 226-9621 |
|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Task Force Officer: Michael Post | Telephone: (313) 234-4000 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America

v.

**DW Scott PETERSON**

> **Case: 2:25−mj−30594**
> **Assigned To : Unassigned**
> **Assign. Date : 9/18/2025**
> **Description: USA V SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 12, 2025 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846 | Conspiracy to distribute controlled substances |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Task Force Officer Michael Post
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ September 18, 2025 _____

City and state: _Detroit, MI_

_____
Judge's signature

Hon. David R. Grand, U.S. Magistrate Judge
Printed name and title

## **AFFIDAVIT**

I, Michael Post, being first duly sworn, depose and state follows:

## **INTRODUCTION AND AGENT BACKGROUND**

1.  Your Affiant is a Task Force Officer (TFO) assigned to the United States Drug Enforcement Administration (DEA), having been sworn as such since December 2016. Your Affiant is employed by the Waterford TWP Police Department and has been since November 2001.  Prior to Waterford TWP Police, Your Affiant was employed by the Village of Beverly Hills DPS since January 1996. Your Affiant has participated in many investigations involving the possession, manufacture, distribution, and importation of controlled substances, as well as methods used to finance drug transactions and launder drug proceeds. Your Affiant has attended schools and has been instructed in many aspects of narcotic investigations and is familiar with the laws promulgated under Title 21 of the United States Code.

2.  The facts contained in this affidavit are based on my review of information provided to me by other law enforcement agents, witnesses, and individuals with knowledge of this matter as well as my

investigation and review of records and documents. The information provided below is for the limited purpose of obtaining the requested criminal complaint and does not contain all details or all facts of which I am aware of involving this investigation.

3. This affidavit is made in support of an application for a criminal complaint and warrant to arrest DW Scott PETERSON, Date of Birth: XX/XX/1985, for evidence of violations of Title 21, United States Code, Section 841(a)(1) and 846, possession with intent to distribute and conspiracy to distribute controlled substances.

## SUMMARY OF INVESTIGATION

4. On March 5, 2025, DEA Detroit Group 7 members and Detroit United States Postal Inspection Service, (USPIS), interdicted a USPS Priority Mail parcel, hereafter referred to as "SUBJECT PARCEL," at the Allen Park, MI Postal Annex. The SUBJECT PARCEL was a brown cardboard box affixed with a USPS Priority mail label with tracking number 9405511899560940286250, addressed to "Ashley Turner, 2476 La Belle St, Detroit, MI 48238 (SUBJECT ADDRESS)" with a return address of "Debbie Daigle 5319 N Oro Vista CT, Litchfield PK

AZ 85304". The SUBJECT PARCEL was mailed on February 26. 2025 from Phoenix AZ.

5. Pursuant to further investigation, including a positive alert by a certified and trained narcotics detection canine, on March 10, 2025, a federal search warrant was obtained and executed for the opening of the SUBJECT PARCEL. During the execution of the search warrant, investigators discovered approximately 1020 gross grams of fentanyl in brick form wrapped in brown shipping tape with the word "ROLEX" written on it.



**(Photograph of SUBJECT PARCEL and seized fentanyl)**

6. On March 10, 2025, USPIS was notified that the mail carrier, for the route that encompasses the SUBJECT ADDRESS, was approached 3 different times by 2 unknown black males inquiring about parcel. The mail carrier reported that the 2 males were driving a white Range Rover with a black top.

## CONTROLLED DELIVERY OF SUBJECT PARCEL

7. On March 12, 2025, a federal anticipatory search warrant was authorized for the SUBJECT ADDRESS. The federal anticipatory search warrant authorized the use of a global positioning system ("GPS") and an electronic signaling device designed to aid and alert investigators of the location along with determining if the SUBJECT PARCEL was opened and/or moved. The electronic signaling device does not transmit voice, only different tones to alert law enforcement officers that the device is working, is moving, and when the parcel is opened.

8. On March 12, 2025, USPIS and DEA Detroit Group 7 executed a controlled delivery of the SUBJECT PARCEL at the SUBJECT ADDRESS. Prior to the SUBJECT PARCEL being delivered, a white Range Rover with a black top was spotted in the area, occupied and running. At 11:03, the SUBJECT PARCEL was delivered by an

undercover (UC) Postal Inspector. At 11:13, the white Range Rover stopped at the SUBJECT ADDRESS, at which time an occupant in the Range Rover retrieved the SUBJECT PARCEL from the front porch and drove away. USPIS and DEA Group 7 Agents/Officers proceeded to stop the Range Rover. The Ranger Rover attempted to flee from approaching units but was boxed in and could not leave the area. Investigators subsequently arrested INDIVIDUAL-1, the driver, DW PETERSON, the front seat passenger, and INDIVIDUAL-2, the rear seat passenger. The SUBJECT PARCEL was in the rear passenger area of the Range Rover. PETERSON, INDIVIDUAL-1, and INDIVIDUAL-2 were all transported to the Hamtramck Police Department for processing and interviews.

9. While at the Hamtramck Police Department, INDIVIDUAL-2 was advised of his Miranda Rights, and he agreed to speak with investigators.

10. INDIVIDUAL-2 stated that "ARMY," (INDIVIDUAL-1's) street name), and PETERSON, picked him up for work around 9:30 a.m. in a white Range Rover and drove over to the SUBJECT ADDRESS. INDIVIDUAL-2 was advised by INDIVIDUAL-1 that they had to pick up a package before going to the job site. INDIVIDUAL-2 said

once the SUBJECT PARCEL was delivered, they drove to the SUBJECT ADDRESS, at which time INDIVIDUAL-1 told INDIVIDUAL-2 to go grab the SUBJECT PARCEL. INDIVIDUAL-2 got out, grabbed the SUBJECT PARCEL from the front porch and handed the SUBJECT PARCEL to PETERSON. They then drove away from the SUBJECT ADDRESS.

11. INDIVIDUAL-2 said that once they observed law enforcement driving towards them, PETERSON threw the SUBJECT PARCEL in the back seat area and said, "we're fucked and we're going to jail, they got us".

12. Investigators spoke with the resident at the SUBJECT ADDRESS, Diamond Dalman, who stated that she moved into the SUBJECT ADDRESS approximately 2 weeks earlier and was approached by an unknown black male a week prior referencing a parcel he was expecting to be delivered to her residence. Diamond stated that the unknown male said he used to live here and his sister, Ashley, was expecting a parcel.

13. Diamond said the unknown male introduced himself as DW and provided her with phone number xxx-xxx-1195, to call him when the parcel was delivered. When the SUBJECT PARCEL was delivered,

Diamond called the number provided to her by DW and advised that the parcel had been delivered. An administrative subpoena was served on ATT for toll records and subscriber information on xxx-xxx-1195 which confirmed that Diamond did call that number at the time the parcel was delivered to advise PETERSON that the SUBJECT PARCEL was at her residence. The subscriber for that phone number came back to "DOMIER DUB," which investigators have identified as an alias for DW PETERSON.

14. Postal Inspector Daryl Reitzner conducted a photo lineup with Diamond Dalman who positively identified DW PETERSON as the subject who approached her inquiring about the SUBJECT PARCEL.

15. Based upon my training and experience and knowledge of wholesale versus retail price of fentanyl, the potential street value of the approximate 1,020 grams seized would be hundreds of thousands of dollars, and as such, the attempted possession of the fentanyl is indicative of possession with the intent to further distribute.

16. Based upon the foregoing, and the fact that PETERSON knowingly conspired with INDIVIDUAL-1, CONNOR, and others to distribute narcotics, there is probable cause to believe DW Scott PETERSON has knowingly violated Title 21, United States Code, Sections

841(a)(1) and 846, attempted possession with intent to distribute and

conspiracy to distribute controlled substances. Accordingly, this

Affiant respectfully requests that this Court issue a complaint and

arrest warrant.

Respectfully submitted,

Michael Post
Task Force Officer DEA Detroit

Subscribed and sworn to before me and signed in my presence and/or by
reliable electronic means.

Hon. David R. Grand
United States Magistrate Judge

September 18, 2025